WILLIAM WALLACE GRANT, Respondent, *v.* PRATT & LAMBERT, Appellant.

*Grant v. Pratt & Lambert*, 110 App. Div. 867, affirmed.
(Argued December 4, 1906; decided December 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a written contract.

*John G. Milburn* and *George A. Miller* for appellant.

*Edward M. Shepard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ.; HAIGHT, J., dissents on the ground that the arbitration clause in the contract is valid and binding on the parties.